IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

| | | |
|---|---|---|
| THOMAS IVY and CAROL IVY, husband and wife | | PLAINTIFFS |
| v. | Case NO. 1:11-cv-034-KGB | |
| STACEY AVEY, individually and in his capacity as County Judge for Stone County, Arkansas; DAN BROWN and BETTY BROWN, husband and wife; and STONE COUNTY, ARKANSAS | | DEFENDANTS |

## ORDER OF DISMISSAL

Before the Court is the Joint Motion to Dismiss (Dkt. No. 16). Plaintiffs have informed the Court that they have reached a full and final settlement with separate defendants Stone County, Arkansas, and Stacey Avey, individually and in his capacity as County Judge for Stone County, Arkansas. Therefore, the Court finds that Stone County, Arkansas, and Judge Avey should be dismissed with prejudice from this case.

IT IS THEREFORE ORDERED that all claims in this case against Stone County, Arkansas, and Judge Avey, individually and in his capacity as County Judge for Stone County, Arkansas, are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 90 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

SO ORDERED this the 15 day of August, 2012.

_____
Kristine G. Baker
United States District Judge